_____

No. 95-3924MN
_____

Music Cafes, Inc., doing     *
business as Arnold's Hot Roxx    *
Music Cafe,     *
    *
    Appellant,     *
    *   On Appeal from the United
    v.     *   States District Court
    *   for the District
    *   of Minnesota.
City of Edina; Kenneth E.     *
Rosland; Fred Richards; Peggy   *   [TO BE PUBLISHED.]
Kelly; Jane Paulus; Glenn     *
Smith; and Jack Rice,     *
    *
    Appellees.     *

_____

Submitted: October 23, 1996

Filed: November 5, 1996
_____

Before RICHARD S. ARNOLD, Chief Judge, FLOYD R. GIBSON and MORRIS SHEPPARD
    ARNOLD, Circuit Judges.
_____

PER CURIAM.

This is an action under 42 U.S.C. § 1983 in which the plaintiff, the
operator of a combination food court and dance hall, claims that the
defendants, the City of Edina, Minnesota, and others, were motivated by
racial prejudice when they placed conditions upon the plaintiff's permit
to hold dances. The District Court[1] granted summary judgment for the
defendants, and

_____

[1]The Hon. David S. Doty, United States District Judge for the
District of Minnesota.

the plaintiff appeals.

We affirm, substantially for the reasons given in the opinion of the District Court.  In our view, there is no substantial evidence in this record of racial motivation on the part of those who made the decision to subject plaintiff's permit to the conditions complained of - that no smoking be allowed, and that patrons' hats be checked at the door.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.